IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MAUREEN A. KIRBY, individually and in her capacity as Personal Representative of the Estate of Bridget Marie Kirby,<br><br>Plaintiff,<br><br>vs.<br><br>USAA INSURANCE AGENCY, INC., JOHN DOES 1-10,<br><br>Defendants. | CV 24–18–M–DWM<br><br>ORDER |

Plaintiff, having filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS ORDERED that the motion (Doc. 6) is GRANTED. The above-captioned cause is DISMISSED WITHOUT PREJUDICE. All deadlines are VACATED.

DATED this 27 day of March, 2024.

_____
Donald W. Molloy, District Judge
United States District Court